PHILLIP A. TALBERT
United States Attorney
KERRY BLACKBURN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:24-CR-00066 KJM |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO VACATE PRELIMINARY HEARING DATE AND |
| v. | ) ) | SET ARRAIGNMENT; FINDINGS AND ORDER |
| JOSE JUAN CORONA, | ) ) |  |
| Defendant. | ) | Judge: Kimberly J. Mueller |

## STIPULATION

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for Preliminary Hearing on March 27, 2024.

2. On March 21, 2024, an indictment was returned (2:24-cr-00066 KJM) for Jose Juan Corona, and his co-defendant in the complaint, Alfonso Guadalupe Corona.

3. Because an indictment has been returned as to Jose Juan Corona, a preliminary hearing for the underlying complaint is unnecessary pursuant to Federal Rule of Criminal Procedure 5.1(a)(2).

4. Co-defendant Alfonso Guadalupe Corona is set for his preliminary hearing on April 3, 2024, at 2 p.m.

///

5. By this Stipulation, the parties now move to set Jose Juan Corona's arraignment on his indictment for April 3, 2024, at 2 p.m.

6. Placing the defendants on the same day will promote judicial economy and allow the parties to pick further pretrial dates that will be convenient for the court and all parties.

**IT IS SO STIPULATED.**

Dated: March 25, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ KERRY BLACKBURN
KERRY BLACKBURN
Assistant United States Attorney

Dated: March 25, 2024

By: /s/ JEROME PRICE
DEFENSE ATTORNEY
Attorney for Jose Juan Corona

### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED, this _25th_ day of March, 2024.

___/s/ Carolyn K. Delaney_____
HON. CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE