PHILLIP A. TALBERT
United States Attorney
Kerry Blackburn
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE JUAN CORONA and<br>ALFONSO GUADALUPE CORONA,<br><br>Defendants. | CASE NO. 2:24-CR-00066 DAD<br><br>STIPULATION REGARDING RESETTING OF STATUS CONFERENCE; FINDINGS AND ORDER<br><br>DATE: June 17, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

The United States of America, by and through Assistant United States Attorney Kerry Blackburn, together with Noa Oren, counsel for defendant Jose Juan Corona; and Clemente Jimenez, counsel for defendant Alfonso Guadalupe Corona, hereby stipulate as follows:

1. The Indictment was returned on March 21, 2024, and the Honorable Kimberly J. Mueller assigned.

2. By previous order, on April 3, 2024, this matter was set for status on July 15, 2024, with an exclusion of time, under Local Code T4.

3. On April 17, 2024, the matter was reassigned to the Honorable Dale A. Drozd, the status conference was vacated, and the United States was directed to reschedule the status conference.

///

4. By this stipulation, all defendants move to continue the status conferences to June 17, 2024 at 9:30 a.m..

5. Because the new date is within the current period of exclusion under Local Code T4, no findings or exclusion of time is request by the parties.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 26, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ Kerry Blackburn
Kerry Blackburn
Assistant United States Attorney

Dated:  April 26, 2024

/s/ Noa Oren
NOA OREN
Counsel for Defendant
JOSE JUAN CORONA

Dated:  April 26, 2024

/s/ Clemente Jimenez
CLEMENTE JIMENEZ
Counsel for Defendant
ALFONSO GUADALUPE CORONA

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, this case is now scheduled for a status conference before the undersigned on June 17, 2024 at 9:30 a.m..

IT IS SO ORDERED.

Dated:  **April 29, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE