CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for ALFONSO GUADALUPE CORONA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>JOSE JUAN CORONA and<br>ALFONSO GUADALUPE CORONA,<br><br>           Defendants. | Case No.: 2:24-cr-066 DAD<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   June 17, 2024<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. Dale A. Drozd |
|---|---|

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Kerry Blackburn, Counsel for Plaintiff, attorney Clemente M. Jiménez, Counsel for Defendant Alfonso Guadalupe Corona, and Assistant Federal Public Defender Noa Oren, Counsel for Jose Juan Corona, that the status conference in this matter, currently scheduled for June 17, 2024, at 9:30 a.m., be vacated and continued to this court's criminal calendar on October 1, 2024, at 9:30 a.m. for further status conference. Counsel requires additional time to review discovery and conduct investigation, as necessary, in order to prepare for trial.

    IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from the date of the parties' stipulation, June 11, 2024, through October 1, 2024, and

that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:   June 11, 2024          /S/   Kerry Blackburn
                                PHILLIP TALBERT
                                by KERRY BLACKBURN
                                Attorney for Plaintiff

DATED:   June 11, 2024          /S/   Clemente M. Jiménez
                                CLEMENTE M. JIMÉNEZ
                                Attorney for Alfonso Guadalupe Corona

DATED:   June 11, 2024          /S/   Noa Oren
                                NOA OREN
                                Assistant Federal Public Defender
                                Attorney for Jose Juan Corona

## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for June 17, 2024, at 9:30 a.m., be vacated and the matter continued for further status conference on October 1, 2024, at 9:30 a.m.  The Court finds that time under the Speedy Trial Act shall be excluded from the date of the parties' stipulation, June 11, 2024, through October 1, 2024, to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

IT IS SO ORDERED.

Dated:   **June 12, 2024**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

06/12/24

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

06/12/24