CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for ALFONSO GUADALUPE CORONA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>JOSE JUAN CORONA and<br>ALFONSO GUADALUPE CORONA,<br><br>            Defendants. | Case No.: 2:24-cr-066 DAD<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   October 1, 2024<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. Dale A. Drozd |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Kerry Blackburn, Counsel for Plaintiff, attorney Clemente M. Jiménez, Counsel for Defendant Alfonso Guadalupe Corona, and attorney Tasha Chalfant, Counsel for Jose Juan Corona, that the status conference in this matter, currently scheduled for October 1, 2024, at 9:30 a.m., be vacated and continued to this court's criminal calendar on December 10, 2024, at 9:30 a.m. for further status conference.  Defense Counsel has requested information from a related case which the government is in the process of compiling and providing to the defense.  Counsel will require additional time to review discovery, confer with their respective clients, and conduct investigation, as necessary, in order to prepare for trial.

   IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded

09/24/24

from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from the date of the parties' stipulation, September 24, 2024, through December 10, 2024, and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:   September 24, 2024        /S/    Kerry Blackburn
                                   PHILLIP TALBERT
                                   by KERRY BLACKBURN
                                   Attorney for Plaintiff

DATED:   September 24, 2024        /S/    Clemente M. Jiménez
                                   CLEMENTE M. JIMÉNEZ
                                   Attorney for Alfonso Guadalupe Corona

DATED:   September 24, 2024        /S/    Tasha Chalfant
                                   TASHA CHALFANT
                                   Attorney for Jose Juan Corona

09/24/24

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference in the above-entitled matter, scheduled for October 1, 2024, at 9:30 a.m., is vacated and the matter is continued for status conference to December 10, 2024, at 9:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded from the date of the parties' stipulation, September 24, 2024, through December 10, 2024, to afford counsel reasonable time to prepare under Local Code T4. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

IT IS SO ORDERED.

Dated:   **September 24, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

09/24/24