CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for ALFONSO GUADALUPE CORONA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOSE JUAN CORONA and<br>ALFONSO GUADALUPE CORONA,<br><br>　　　　Defendants. | Case No.: 2:24-cr-066 DAD<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:　December 10, 2024<br>TIME:　9:30 a.m.<br>JUDGE:　Hon. Dale A. Drozd |

　　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Kerry Blackburn, Counsel for Plaintiff, attorney Clemente M. Jiménez, Counsel for Defendant Alfonso Guadalupe Corona, and attorney Tasha Chalfant, Counsel for Jose Juan Corona, that the status conference in this matter, currently scheduled for December 10, 2024, at 9:30 a.m., be vacated and continued to this court's criminal calendar on March 3, 2025, at 9:30 a.m. for further status conference.  Defense Counsel has requested information from a related case which the government is in the process of compiling and providing to the defense.  Counsel will require additional time to review discovery, confer with their respective clients, and conduct investigation, as necessary, in order to prepare for trial.

　　　　IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded

12/02/24

1  from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-
2  4), from the date of the parties' stipulation, December 2, 2024, through March 3, 2025,
3  and that the ends of justice served in granting the continuance and allowing the defendant
4  further time to prepare outweigh the best interests of the public and the defendant to a
5  speedy trial.

7  DATED:     December 2, 2024          /S/     Kerry Blackburn
8                                       PHILLIP TALBERT
                                        by KERRY BLACKBURN
9                                       Attorney for Plaintiff

10 DATED:     December 2, 2024          /S/     Clemente M. Jiménez
11                                      CLEMENTE M. JIMÉNEZ
                                        Attorney for Alfonso Guadalupe Corona
12
13 DATED:     December 2, 2024          /S/     Tasha Chalfant
14                                      TASHA CHALFANT
                                        Attorney for Jose Juan Corona

12/02/24

# ORDER

Pursuant to the stipulation of the parties and good cause appearing, the status conference in the above-entitled matter, scheduled for December 10, 2024, at 9:30 a.m., is vacated and the matter continued for further status conference on March 3, 2025, at 9:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded from the date of the parties' stipulation, December 2, 2024, through March 3, 2025, to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

IT IS SO ORDERED.

Dated: **December 2, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

12/02/24