CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for ALFONSO GUADALUPE CORONA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOSE JUAN CORONA and<br>ALFONSO GUADALUPE CORONA,<br><br>　　　　Defendants. | Case No.: 2:24-cr-066 DAD<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:　March 3, 2025<br>TIME:　9:30 a.m.<br>JUDGE:　Hon. Dale A. Drozd |

　　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Caily Nelson, Counsel for Plaintiff, attorney Clemente M. Jiménez, Counsel for Defendant Alfonso Guadalupe Corona, and attorney Tasha Chalfant, Counsel for Jose Juan Corona, that the status conference in this matter, currently scheduled for March 3, 2025, at 9:30 a.m., be vacated and continued to this court's criminal calendar on May 5, 2025, at 9:30 a.m. for further status conference.  Defense counsel was provided supplemental discovery and will require additional time to review, confer with their respective clients, and conduct investigation, as necessary, in order to prepare for trial.

　　　　IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from the date of the parties' stipulation, February 25, 2025, through May 5, 2025, and

02/25/25

that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:   February 25, 2025            /S/   Caily Nelson
                                      MICHELE BECKWITH
                                      by CAILY NELSON
                                      Attorney for Plaintiff

DATED:   February 25, 2025            /S/   Clemente M. Jiménez
                                      CLEMENTE M. JIMÉNEZ
                                      Attorney for Alfonso Guadalupe Corona

DATED:   February 25, 2025            /S/   Tasha Chalfant
                                      TASHA CHALFANT
                                      Attorney for Jose Juan Corona

02/25/25

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference in the above-entitled matter, scheduled for March 3, 2025, at 9:30 a.m., is vacated and the matter continued for further status conference on May 5, 2025, at 9:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded from the date of the parties' stipulation, February 25, 2025, through May 5, 2025, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), Local code T-4, to afford defense counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial. **However, no further continuances of the of the status conference in this case will be granted absent a compelling showing of good cause.**

IT IS SO ORDERED.

Dated:  **February 25, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

02/25/25