CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for ALFONSO GUADALUPE CORONA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>JOSE JUAN CORONA and<br>ALFONSO GUADALUPE CORONA,<br><br>            Defendants. | Case No.: 2:24-cr-066 DAD<br><br>STIPULATION AND ORDER<br>VACATING DATE, CONTINUING<br>CASE, AND EXCLUDING TIME<br><br>DATE:   May 5, 2025<br>TIME:    9:30 a.m.<br>JUDGE:  Hon. Dale A. Drozd |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Ross Pearson, Counsel for Plaintiff, attorney Clemente M. Jiménez, Counsel for Defendant Alfonso Guadalupe Corona, and attorney Tasha Chalfant, Counsel for Jose Juan Corona, that the status conference in this matter, currently scheduled for May 5, 2025, at 9:30 a.m., be vacated and continued to this court's criminal calendar on July 28, 2025, at 9:30 a.m. for further status conference.  Since the last continuance in this matter, the government has produced hundreds of gigabytes of discovery consisting of body camera videos and photographs from a search. In addition, the government plans to produce wiretap documents and intercepts prior to the next status conference. Due to this voluminous material, the defense will need additional time to review the discovery, confer with their respective clients, conduct investigation, as necessary, and engage in plea negotiations, or otherwise set a trial date.

05/01/25

IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from the date of the parties' stipulation, April 30, 2025, through July 28, 2025, and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:    April 30, 2025        /S/    Ross Pearson
                                MICHELE BECKWITH
                                by ROSS PEARSON
                                Attorney for Plaintiff

DATED:    April 30, 2025        /S/    Clemente M. Jiménez
                                CLEMENTE M. JIMÉNEZ
                                Attorney for Alfonso Guadalupe Corona

DATED:    April 30, 2025        /S/    Tasha Chalfant
                                TASHA CHALFANT
                                Attorney for Jose Juan Corona

05/01/25

1
2

**ORDER**

3       Pursuant to the stipulation of the parties and good cause appearing, the status

4   conference in the above-entitled matter, scheduled for May 5, 2025, at 9:30 a.m., is

5   hereby vacated and the case is continued for further status conference to July 28, 2025, at

6   9:30 a.m.  The Court finds that time under the Speedy Trial Act shall be excluded from

7   the date of the parties' stipulation, April 30, 2025, through July 28, 2025, to afford

8   counsel reasonable time to prepare, the exclusion of time being under 18 U.S.C. §

9   3161(h)(7)(b)(iv), Local Code T4.  Based on the parties' representations, the Court finds

10  that the ends of justice served by granting a continuance outweigh the best interests of the

11  public and the defendants to a speedy trial.

12
13       IT IS SO ORDERED.
14  Dated:   **May 1, 2025**

        _Dale A. Drozd_
15                                      _____
16                                      DALE A. DROZD
                                        UNITED STATES DISTRICT JUDGE
17
18
19
20
21
22
23
24
25
26
27
28

05/01/25