TASHA PARIS CHALFANT (SBN 207055)
TASHA PARIS CHALFANT LAW PC
13620 Lincoln Way, Suite 325
Auburn, California 95603
Tel. (916) 444-6100
Fax (916) 930-6093
E-mail:  tashachalfant@gmail.com

Attorney for Defendant
JOSE JUAN CORONA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:24-cr-0066 DAD |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JOSE JUAN CORONA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorneys ROSS PEARSON and CAILY NELSON and the Defendant, JOSE JUAN CORONA, by and through his counsel of record TASHA PARIS CHALFANT, hereby stipulate and request that the Court make the following findings and Order as follows:

1.      By previous order, this matter was set for a status conference on July 13, 2026, with time excluded to that date. The matter was also set for trial on September 15, 2026 and trial confirmation hearing on August 31, 2026.

2.      By this stipulation, the defendant now moves to reset the status conference to August 10, 2026, and to exclude time between July 13, 2026, and August 10, 2026, under Local

STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE

AND FOR EXCLUSION OF TIME

1

Code T4.  Plaintiff does not oppose this request.

3.    The parties agree and stipulate, and request that the Court find the following:

a.    Counsel for Defendant JOSE JUAN CORONA needs additional time to review the discovery with Mr. Corona, consult the guidelines and conduct investigation in order to prepare for trial. Coordinating visits with the interpreter and his current housing location has been difficult. Counsel believes this short continuance will allow the time needed to discuss important final details.

b.    Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c.    The government does not object to the continuance.

d.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 13, 2026, to August 10, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the

STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE

AND FOR EXCLUSION OF TIME

period within which a trial must commence.

All counsel has reviewed this proposed order and authorized Tasha Paris Chalfant to sign it on their behalf.

IT IS SO STIPULATED.

Dated:  July 7, 2026                        by:        */s/Tasha Paris Chalfant for*
                                                        ROSS PEARSON
                                                        CAILY NELSON
                                                        Assistant U.S. Attorneys
                                                        Attorneys for Plaintiff

Dated:  July 7, 2026                        by:        */s/Tasha Paris Chalfant*
                                                        TASHA PARIS CHALFANT
                                                        Attorney for Defendant
                                                        JOSE JUAN CORONA

STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE

AND FOR EXCLUSION OF TIME

3

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, July 13, 2026, to and including **the September 15, 2026, jury trial date**[1] shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C §3161(h)(7)(A) and (B) (iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is further ordered that the vacated status conference shall be reset on August 10, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **July 7, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1]    The parties stipulation proposed excluding time through the new August 10, 2026 status conference date. However, at the last status conference on April 20, 2026, based upon the representations of defense counsel, the court excluded time through the September 15, 2026 trial date pursuant to Local Code T4.  (Doc. No. 69.)  The court confirms that excludable time order here.

STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE

AND FOR EXCLUSION OF TIME

4