TASHA PARIS CHALFANT (SBN 207055)
TASHA PARIS CHALFANT LAW PC
13620 Lincoln Way, Suite 325
Auburn, California 95603
Tel. (916) 444-6100
Fax (916) 930-6093
E-mail: tashachalfant@gmail.com

Attorney for Defendant
JOSE JUAN CORONA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE JUAN CORONA,<br><br>Defendant. | No. 2:24-cr-0066 DAD<br><br>STIPULATION REGARDING CONTINUANCE OF SENTENCING AND NEW DISCLOSURE DATES; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorney ROSS PEARSON and CAILY NELSON, and the Defendant, JOSE JUAN CORONA, by and through his counsel of record TASHA PARIS CHALFANT, hereby stipulate and request that the Court make the following findings and Order as follows:

1. By previous order, this matter was set for sentencing before District Judge Dale A. Drozd on December 7, 2026.

2. By this stipulation, the defendant now moves to reset the sentencing from December 7, 2026 to January 11, 2027, and to reset the disclosure dates.

3. The parties agree and stipulate, and request that the Court find the following:

a. According to the original PSR disclosure dates, the draft PSR was due on October 26, 2026. Probation filed it on October 30, 2026. The informal objections were due on November 9, 2026.

b. Counsel promptly contacted the interpreter to schedule a visit with Mr. Corona to review the PSR once it was filed. Accordingly, multiple visits were attempted and unsuccessful with Mr. Corona and the interpreter for a variety of scheduling and technology issues.

c. Counsel needs additional time with Mr. Corona to review the draft PSR, research and prepare informal objections, consult with her client and relevant experts/providers, and to discuss the consequences and the advisory guidelines.

d. Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e. The government and probation do not object to the continuance.

f. Based on the above, the defense requests the following new sentencing date along with new disclosure dates:

| | |
|---|---|
| Judgment and Sentencing: | January 11, 2027 |
| Reply, or Statement of Non-Opposition: | January 4, 2027 |
| Formal Objections to the PSR: | December 28, 2026 |
| Final PSR: | December 21, 2026 |
| Counsel’s Informal Objections: | December 14, 2026 |

/////

/////

All counsel has reviewed this proposed order and authorized Tasha Chalfant to sign it on their behalf.

IT IS SO STIPULATED.

Dated: November 16, 2026 by: */s/Tasha Chalfant for*
ROSS PEARSON
CAILY NELSON
Assistant U.S. Attorneys
Attorneys for Plaintiff

Dated: November 16, 2026 by: */s/Tasha Chalfant*
TASHA CHALFANT
Attorney for Defendant
JOSE JUAN CORONA

# ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court orders that the sentencing currently scheduled for December 7, 2026 be continued to January 11, 2027, at 9:30 a.m. along with the following new disclosure dates:

| | |
|---|---|
| Judgment and Sentencing: | January 11, 2027 |
| Reply, or Statement of Non-Opposition: | January 4, 2027 |
| Formal Objections to the PSR: | December 28, 2026 |
| Final PSR: | December 21, 2026 |
| Counsel's Informal Objections: | December 14, 2026 |

IT IS SO ORDERED.

Dated: **November 17, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE